**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

ANGELO ALEXANDER VALLES MOSQUERA, et al.,

                      Plaintiffs,

                -against-

EAST MOON CORP., et al.,

                   Defendants.

------------------------------------------------------------x

    :
    :
    :      25-CV-8415 (VSB) (OTW)
    :
    :      **ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

This action is hereby **STAYED** *sine die* pending the outcome of mediation. (*See* ECF 27). The parties are directed to file a joint status letter no later than 2 business days following the conclusion of mediation which shall either (1) inform the Court that the matter has settled or; (2) request that the stay be lifted and shall propose three dates for an initial case management conference.

        **SO ORDERED.**

                                                /s/ Ona T. Wang

Dated: April 13, 2026                        **Ona T. Wang**
        New York, New York             United States Magistrate Judge