**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ANGELO ALEXANDER VALLES MOSQUERA, et al.,

Plaintiffs,

-against-

EAST MOON CORP., et al.,

Defendants.

---

25-CV-8415 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

On April 13, 2026, the Court stayed this action *sine die* pending the outcome of mediation and directed parties to file a joint status letter no later than two business days following the conclusion of mediation. (ECF 28). The first mediation conference was held on August 3, 2026. *See* Docket. Parties have not filed a joint status letter on the docket.

Parties are directed to file a joint status letter on the docket informing the Court whether mediation has concluded (and if not, when the next mediation session is scheduled) by **October 28, 2026.**

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 21, 2026
New York, New York