**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

ANGELO ALEXANDER VALLES MOSQUERA, et al.,

Plaintiffs,

-against-

EAST MOON CORP., et al.,

Defendants.

-----------------------------------------------------------x

25-CV-8415 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 31, in which parties represent that they are actively engaged in mediation and will be participating in their third session on November 17, 2026.

Parties are directed to file a joint status letter on the docket informing the Court about the status of their mediation efforts after the November session by **December 1, 2026.**

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 28, 2026
New York, New York